UNITED STATES of America, Plaintiff–Appellee,

v.

Michael Vertoin SAUNDERS, Defendant–Appellant.

No. 01–6043.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 30, 2001.

Michael Vertoin Saunders, pro se. Stuart A. Berman, Assistant United States Attorney, Greenbelt, MD, for appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Michael Vertoin Saunders appeals the district court's order denying his motion to reduce his sentence due to his health problems, which the district court construed as a motion filed under Fed.R.Crim.P. 35. We have reviewed the record, the district court's opinion, and Saunders' informal ap-

pellate brief. Because he failed to challenge on appeal the basis for the district court's ruling, Saunders has not preserved any issue for our review. 4th Cir.R. 34(b). Accordingly, we affirm on the reasoning of the district court. *United States v. Saunders*, No. CR–96–204–DKC (D.Md. filed Dec. 15, 2000; entered Dec. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*